**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CLIFF O. HANSON,**

**Petitioner,**

**v.**                                        **Case No.  4:14cv573-MW/CAS**

**JULIE L. JONES,**

**Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 14.   Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 12, is **GRANTED.**  The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.  A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**."   The Clerk shall close the file.

**SO ORDERED on November 19, 2015.**

**s/Mark E. Walker                    **
**United States District Judge**